# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | (Removed from Oklahoma County |
| BOB MOORE ENTERPRISES, L.L.C., ) | Case No. CJ-2025-2993) |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, Bob Moore Enterprises, L.L.C. ("Defendant"), files this Notice of Removal to the United States District Court for the Western District of Oklahoma. In support of removal, Defendant states as follows:

1. On May 1, 2025, Plaintiff Anthony Trupia ("Plaintiff") commenced this civil action against Defendant in the District Court of Oklahoma County, Oklahoma (Case No. CJ-2025-2993) (the "Action"). A copy of Plaintiff's Original Complaint is attached as Exhibit 1 and a copy of the state court docket sheet is attached as Exhibit 2.

2. Plaintiff's Original Complaint was served on Defendant through its registered agent on May 5, 2025.

3. Because this Notice of Removal was filed within 30 days of service of the Original Complaint, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

4. The Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because the Defendant has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.

## GROUNDS FOR REMOVAL

5. Pursuant to 28 U.S.C. § 1446(a) and LCvR81.2, a copy of all process, pleadings, and orders served upon Defendant and the state court docket sheet for this Action are attached as Exhibits 1-5.

6. Pursuant to 28 U.S.C. §§ 116(b) and 1446(a), the United States District Court for the Western District of Oklahoma is the appropriate court for filing this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be given to Plaintiff and filed in the state court promptly after filing.

8. This Notice of Removal is signed in accordance with Fed. R. Civ. P. 11.

9. This Notice of Removal is timely filed because it is filed within 30 days of service of the Original Complaint upon Defendant on May 5, 2025.

10. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

11. This Court has original jurisdiction over this Action under 28 U.S.C. § 1331 because Plaintiff's Original Complaint states causes of action arising under federal law, specifically 47 U.S.C. §§ 227 *et seq.*, 47 C.F.R. § 64.1200 *et seq.*, and 47 C.F.R. § 64.1604.

12. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the state law claims set forth in this Action because the state law claims are part of the same "case or controversy" as those referenced in Paragraph 11 of this Notice of Removal.

## CONCLUSION

13. WHEREFORE, removal is proper and timely, thus Defendant removes this Action to this Court from the District Court of Oklahoma County, Oklahoma.

14. Defendant reserves the right to amend or supplement this Notice of Removal.

15. Defendant reserve all defenses, including, without limitation, those set forth in Fed. R. Civ. P. 12(b).

Respectfully submitted,

*s/ Rodney K. Hunsinger*
Rodney K. Hunsinger, OBA #19839
Evan J. Edler, OBA #34269
Norman, OK 73069
Telephone: (405) 561-2410
Facsimile: (405) 563-9085
rodney@hblawpartners.com
evan@hblawpartners.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of May, 2025, a true and correct copy of the above and foregoing document was mailed and/or emailed to:

Anthony Trupia
605 SE 21st St
Oklahoma City, OK 73129
trupiaar@gmail.com

*s/ Rodney K. Hunsinger*