From: **Evan Edler** evan@hblawpartners.com
Subject: RE: Trupia v. Bob Moore
Date: June 2, 2025 at 1:59 PM
To: trupiaar@gmail.com



Good afternoon Mr. Trupia,

I noticed from the ECF notifications relating to my recent filings in the above case on behalf of Bob Moore that my PACER credentials were out-of-date, insofar as said credentials listed contact information from my previous employer. I apologize for any confusion, and to clarify, I can be reached via the information set out in my signature block.

I do not expect you have sent any correspondence to the out-of-date contact info, but in case you have, please forward those to this email. Thank you.

Sincerely,

**Evan Edler**
HB Law Partners, PLLC
4217 28th AVE NW, Suite 101
Norman, OK 73069
(405) 561-2410
(405) 563-9085 (fax)
evan@hblawpartners.com
www.hblawpartners.com

NOTICE: This message is sent by a law firm, HB Law Partners, PLLC, and may contain information that is privileged, confidential, or proprietary. If you received this message in error, please notify the sender by reply email or telephone at (405) 561-2410 and delete the message and any attachments immediately. Any use, review, distribution, retransmission, or reproduction of this message or any attachment by an unintended recipient is prohibited.

EXHIBIT 1