## Subject: Re: Trupia v. Bob Moore



**T T** <trupiaar@gmail.com>   Mon, Jun 2, 3:18 PM (1 day
to Evan Edler

You need to read this fully, immediately, and immediately call your client, today. I've given you until 9am tomorrow, then I will ruin you all.

Anthony Trupia
516-984-0142

Trupiaar@gmail.com


On Mon, Jun 2, 2025 at 1:59 PM Evan Edler <evan@hblawpartners.com> wrote:

> Good afternoon Mr. Trupia,
>
> I noticed from the ECF notifications relating to my recent filings in the above case on behalf of Bob Moore that m
> PACER credentials were out-of-date, insofar as said credentials listed contact information from my previous
> employer. I apologize for any confusion, and to clarify, I can be reached via the information set out in my signatu
> block.
>
> I do not expect you have sent any correspondence to the out-of-date contact info, but in case you have, please
> forward those to this email. Thank you.
>
> Sincerely,
> _____
>
> **Evan Edler**
> HB Law Partners, PLLC
> 4217 28th AVE NW, Suite 101
> Norman, OK 73069
> (405) 561-2410
> (405) 563-9085 (fax)
> evan@hblawpartners.com
> www.hblawpartners.com
>
> **NOTICE:** This message is sent by a law firm, HB Law Partners, PLLC, and may contain information that is privileged, confidential, or proprietary.
> received this message in error, please notify the sender by reply email or telephone at (405) 561-2410 and delete the message and any attachme
> immediately. Any use, review, distribution, retransmission, or reproduction of this message or any attachment by an unintended recipient is prohib

2 Attachments • Scanned by Gmail 

                       EXHIBIT 2