Evan:

I'm just going to be completely frank with you here: one way or the other you fucked up.

1. I don't see you on HB Law Partners' page, you must be awfully new:

   

2. This is the kind of 'mistake' you can't afford to be making in your profession. For me, this was the most intimidating and chilling thing I have ever seen. I have spent every waking moment since Friday researching what the hell is going on here, what's up with Patrick Mark Moore and Gentner Drummond, and what I should do for next steps. I literally pounded down coffee, in fear of your 'State Attorney General' title, until I was bleeding out of my ass. I'm literally going to take a picture of my next bloody shit, so the courts can understand why you should never practice law again.

3. Your fuckup here has prompted me to uncover the donation history of your client, Patrick Mark Moore, and it is **obvious as sin he donates the maximum donation amount to SAGs consistently to receive favorable treatment in car dealership related complaints. There is a pattern in your client's donations, and it is to donate directly to the party that has direct influence over his lemon selling bullshit every cycle. You think what, someone like me stops his research at one issue? You think I will not hone right in on the stupidest most illegal bullshit your client is up to? I have been doing this for YEARS!**

4. You don't fucking know me bro. I have a 140 IQ, I have been studying all this for years and busting the balls off clients like yours, and I now happen to be heavily AI

EXHIBIT 3

assisted. Not only do I 'check all references,' lol, I'm what they call a 'power user' in tech, I code for fun, I am the man that saw where AI was going (law) first, I have been preparing for this day years in advance, see Trupia v. Altman et al and the twitter post that started the legal war against them:

https://x.com/short_straw/status/1655352280202313734

5. I tell you all this, because I have in just the last three days been in front of three screens, with hundreds of browser tabs open for research and having various AI systems analyze everything going on here, and have prepared thousands of pages of legal complaints against you, your client, and Gentner Drummond, that will be going out to over 20 state and federal agencies. I literally just got off the phone with the governor's office, and they asked me to email them all details ASAP.



6. I research fast. It didn't take me long to figure out your (ex supposedly) boss, Gentner Drummond, has picked fights with half of Oklahoma government, at the minimum. I have a full list of his enemies, and they are all getting detailed copies of all the potential legal violations. I have wanted a long time to fight with the State Attorneys General because I'm tired of doing their fucking job for them, and now that you've opened that door BY GOD WE ARE HAVING THAT FIGHT.

7. I am re-filing my Judiciary lawsuit this week, and for this, I actually thank you. Scary or not, this is the kind of smoking gun evidence I've been looking for to get through pleading on this suit. You, your firm, Gentner, and your client Mark, are all going to be the stars of my lawsuit against the judiciary, all of which will be on John Roberts' desk. See 5:2025cv00391 in OKWD.

8. The absolute biggest problem, now that you have forced me to research your client's donor history, is **I know why he makes those donations, and it's obvious to anyone who looks: for lenient treatment over complaints to the SAG about car service and sales because Bob Moore sells big ticket services and automobiles.** I spent many years in Real Estate, I make an excellent mailer, and a simple mailer with a warning about how it is unsafe to buy cars from Bob Moore dealerships because he's in bed with the authority that oversees potential complaints <u>will literally end him</u>. Everything his dad built, I will destroy, in a fucking flash, with a simple mailer that I will print out with my own printer.

9. Your removal and your motion to dismiss, on top of all the rest of this, are fucking garbage. I already tore them apart Friday, *before* I saw your title on PACER. You don't have anything here, at all.

All of this is completely aside from the twitter attacks I have begun launching against SAG Drummond, and have already begun escalating because I was **already friends with the OKDOGE account, which has been collecting serious citizens with political beef**. Apparently they hate Drummond and anyone affliated with him too, and as you can see, they follow me:





I'm giving your client one shot to settle this all <u>by 9am tomorrow morning</u>. I told the governor's office I would email them back within 1 – 2 hours, but I am willing to wait until

9am tomorrow. You will call your client, you will cry, you will tell them you have fucked up mightily, and you will tell them the only way he has a chance of coming out intact with his dealership is:



I understand you think this is an outrageous settlement. I have zero fucks to give. Taking you all apart in my judiciary suit is far more valuable to me then a petty settlement. You and your client both better think that through, I'm out for blood here. Do not call me and try to negotiate. Your client will take exactly the settlement I offer, or you will all fight me to the End.

Choose wisely. If I were you, I would refund Moore and offer to split the damages with him, because you are wildly not right for this job, and your career won't survive either of us staying pissed off at you. If I have not heard from you by 9am tomorrow, you will receive some emails from me with the receipts for the hundreds, (if not thousands) of dollars in certified mail receipts for the notices going across the country that will end you all.

P.S. – Yeah I have the money to do that. I set up another lawsuit when I filed yours, and they had better attorneys then poor Mark does, and they agreed to settle at lightning speed because they weren't stupid. I will happily blow thousands of dollars on mailers just to drive my point home, THAT I AM NOT A MAN YOU CAN PUNK:



AVAILABLE BALANCE
$16,778.16

| May 14 | Wire Deposit | Deposit Via Wire | +$20,000.00 | $20,287.42 |