

Jared Boyer <jared@hblawpartners.com>

## Re: Trupia v. Bob Moore
1 message

**T T** <trupiaar@gmail.com>            Mon, Jun 2, 2025 at 7:06 PM
To: Jared Boyer <jared@hblawpartners.com>

Jared:

There's one last issue I want you to think deeply about before you go to sleep tonight and we start a brand new day tomorrow.

*You personally messed up and sealed the deal here as I analyze your email.*

You threatened me, "intimidate and/or extort," with *criminal prosecution,* which surely can only be enacted by… a state attorney???

Forgive me if I'm wrong, because I want to be certain I just read you right:

- Your attorney, who hasn't been with the SAG's office for *4 months,* still wields the title "Office of the State Attorney General" on PACER.
- I have the equivalent of a panic attack when I see this, I instantly research records and find your client has a pattern of making maximum donations to State Attorneys General, maximum donations to no other parties, and few other donations in general, so I have very good reason to believe I'm targeted by corrupt SAG's office and network.
- I spend 3 days stuffed full of coffee researching law, preparing motions, complaints to authorities, speaking to professionals, authorities, contacting the governor's office, making an incredible claim, that the SAG is representing a Robocaller, and you tell me after all this 'Nah my bad. I should have stopped using the power of this awesome moniker months ago, but I forgot.'
- **No, you, your law firm**, at this point have basically taken a small issue, two robocalls, and escalated it 100x over by inappropriately wielding the authority of the State Attorney General office, due to either corruption or incompetence… You made the central problem with this suit the matter of improper use of authority, not me...
- **And instead of whipping out your phone to call your malpractice insurer, you're going to threaten me with criminal prosecution, validating every fucking concern I have about the SAG's name appearing on the docket and how you're an interconnected club that can call in favors like this? Seriously?**

You are incompetent, and you will not practice law in this city much longer. I live here now. You better share all these communications with Mark, I will if you won't if you try to cover for your mistakes here. I'm not an attorney, I'm not bound by your rules.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com


On Mon, Jun 2, 2025 at 6:11 PM T T <trupiaar@gmail.com> wrote:
> I'm going to go ahead and finish my email to the Gov's office and start confirming all my references, and then you will all get receipts asap.
>
> Anthony Trupia
> 516-984-0142
> Trupiaar@gmail.com

On Mon, Jun 2, 2025 at 6:10 PM T T <trupiaar@gmail.com> wrote:
> Pshshhh let's go dude. I prepared until I was bleeding. I've been threatened a hundred times by crap lawyers already, which is half the reason I have no patience for you all.

Anthony Trupia
516-984-0142
Trupiaar@gmail.com

On Mon, Jun 2, 2025 at 5:12 PM Jared Boyer <jared@hblawpartners.com> wrote:
> Mr. Trupia,
>
> Evan Edler forwarded me the email you sent to him earlier today. Mr. Edler is an associate attorney with our firm who began working here after leaving his previous employment with the Oklahoma Attorney General's Office.  Not that it matters, but his previous employment ended in February 2025.  Unfortunately, his credentials were not yet updated with the e-filing system for the United States District Court for the Western District of Oklahoma at the time of the initial filings in this case. As he explained to you in the email below, that oversight has now been corrected.  To be clear, though I suspect you already know this, the Oklahoma Attorney General's Office does not have any involvement in the representation of Bob Moore Enterprises, LLC in this matter, nor has it ever.
>
> I'm not currently familiar with you or the work you do, but I am pretty familiar with lawsuits in Oklahoma.  Frankly, your "Final Settlement Offer" and the overt threats therein may be the most outrageous and over-the-top communication I've seen from a litigant.  It is also entirely unhelpful to your cause. If you would like to discuss our Motion to Dismiss or the case generally, I'm happy to engage with you.  However, if you insist on continuing your efforts to intimidate and/or extort Mr. Edler, our firm, or our client, I think it would be best to let Judge Heaton handle the matter.
>
> Thank you.
>
> ---
>
> **Jared Boyer**
> HB Law Partners, PLLC
> 4217 28th Ave. NW, Suite 101
> Norman, OK 73069
> (405) 561-2410
> Jared@hblawpartners.com
> www.hblawpartners.com
>
> **Notice**:  This message is sent by a law firm and may contain information that is privileged, confidential, or proprietary.  If you received this message in error, please notify the sender by reply email or telephone at (405) 561-2410 and delete the message and any attachments immediately.  Any use, review, distribution, retransmission, or reproduction of this message or any attachment by an unintended recipient is prohibited.
>
> On Mon, Jun 2, 2025 at 5:10 PM Evan Edler <evan@hblawpartners.com> wrote:
>> ---------- Forwarded message ---------
>> From: **T T** <trupiaar@gmail.com>
>> Date: Mon, Jun 2, 2025 at 3:18 PM
>> Subject: Re: Trupia v. Bob Moore
>> To: Evan Edler <evan@hblawpartners.com>
>>
>> You need to read this fully, immediately, and immediately call your client, today. I've given you until 9am tomorrow, and then I will ruin you all.
>>
>> Anthony Trupia
>> 516-984-0142
>> Trupiaar@gmail.com
>>
>> On Mon, Jun 2, 2025 at 1:59 PM Evan Edler <evan@hblawpartners.com> wrote:
>>> Good afternoon Mr. Trupia,
>>>
>>> I noticed from the ECF notifications relating to my recent filings in the above case on behalf of Bob Moore that my PACER credentials were out-of-date, insofar as said credentials listed contact information from my previous employer. I apologize for any confusion, and to clarify, I can be reached via the information set out in my signature block.
>>>
>>> I do not expect you have sent any correspondence to the out-of-date contact info, but in case you have, please forward those to this email. Thank you.
>>>
>>> Sincerely,

**Evan Edler**
HB Law Partners, PLLC
4217 28th AVE NW, Suite 101
Norman, OK 73069
(405) 561-2410
(405) 563-9085 (fax)
evan@hblawpartners.com
www.hblawpartners.com

**NOTICE:** This message is sent by a law firm, HB Law Partners, PLLC, and may contain information that is privileged, confidential, or proprietary. If you received this message in error, please notify the sender by reply email or telephone at (405) 561-2410 and delete the message and any attachments immediately. Any use, review, distribution, retransmission, or reproduction of this message or any attachment by an unintended recipient is prohibited.

--
_____
**Evan Edler**
HB Law Partners, PLLC
4217 28th AVE NW, Suite 101
Norman, OK 73069
(405) 561-2410
(405) 563-9085 (fax)
evan@hblawpartners.com
www.hblawpartners.com

**NOTICE:** This message is sent by a law firm, HB Law Partners, PLLC, and may contain information that is privileged, confidential, or proprietary. If you received this message in error, please notify the sender by reply email or telephone at (405) 561-2410 and delete the message and any attachments immediately. Any use, review, distribution, retransmission, or reproduction of this message or any attachment by an unintended recipient is prohibited.