# Exhibit F: Cat Feeder Receipt

amazon.com

## Final Details for Order #112-1187149-4762658
Print this page for your records.

**Order Placed:** June 2, 2025
**Amazon.com order number:** 112-1187149-4762658
**Order Total: $111.85**

---

### Shipped on June 4, 2025

| Items Ordered | Price |
|---|---|
| 1 of: *Automatic Cat Feeder with Camera,5G/2.4G WiFi Pet Feeder,2K HD Video and Night Vision,Easy APP Operation,Low Food and Food Clogging APP Tips,Water and Grain Large Capacity Feeder* | $102.97 |

Sold by: LEICKO Shop (seller profile)

Supplied by: LEICKO Shop (seller profile)

Condition: New

**Shipping Address:**
Anthony Trupia
605 SE 21ST ST
OKLAHOMA CITY, OK 73129-4613
United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

**Payment Method:**
Mastercard  ending in 6631

**Billing address**
Anthony Trupia
605 SE 21ST ST
OKLAHOMA CITY, OK 73129-4613
United States

**Credit Card transactions**

| | |
|---|---|
| Item(s) Subtotal: | $102.97 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $102.97 |
| Estimated tax to be collected: | $8.88 |
| | ----- |
| **Grand Total:** | **$111.85** |
| MasterCard ending in 6631: June 4, 2025: | $111.85 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates

Back to top

| English | United States | Help |
|---|---|---|

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates