**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ANTHONY TRUPIA,

Plaintiff-Appellant,

v.

BOB MOORE ENTERPRISES, L.L.C.,

Defendant-Appellee

Case No. _____

(Appealed from W.D. Okla. Case No. 5:25-CV-00568-HE)

FILED

AUG 0 7 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

**DOCKETING STATEMENT**

1. Case Information

- District Court: Western District of Oklahoma

- Case Name and Number: Trupia v. Bob Moore Enterprises, L.L.C., Case No. 5:25-CV-00568-HE (removed from Oklahoma County Case No. CJ-2025-2993)

- Judge: Hon. Joe Heaton

- Date of Order Appealed: August 5, 2025 [Doc. 28]

- Date Notice of Appeal Filed: August 7, 2025

- Jurisdiction: Appeal from a final judgment under 28 U.S.C. § 1291

2. Parties to the Appeal

- Appellant: Anthony Trupia, pro se, 605 SE 21st St., Oklahoma City, OK 73129, 516-984-0142, trupiaar@gmail.com

- Appellee: Bob Moore Enterprises, L.L.C., represented by Rodney K. Hunsinger and Evan J. Edler, HB Law Partners, PLLC, 4217 28th Ave. NW, Suite 101, Norman, OK 73069, rodney@hblawpartners.com, evan@hblawpartners.com

3. Nature of Case and Issues on Appeal

This appeal challenges the District Court's dismissal with prejudice of Plaintiff's Telephone

1

Consumer Protection Act (TCPA) claims (Counts I–II) under Fed. R. Civ. P. 12(b)(6), striking Plaintiff's Motion for Sanctions [Doc. 12] as moot, and, separately, the judicial overreach of Facebook, Inc. v. Duguid [Doc. 28]. Plaintiff alleged Defendant sent unsolicited AI-generated text messages using an automatic telephone dialing system (ATDS) or prerecorded messages without consent [Doc. 1-1, Compl. ¶¶ 7–13]. Issues on appeal:

- Did the District Court err in dismissing Count I (ATDS) by ignoring Plaintiff's case law (Adams v. Ocwen Loan Servicing, LLC, 366 F. Supp. 3d 1350 (S.D. Fla. 2018); Libby v. Nat'l Republican Senatorial Comm., 551 F. Supp. 3d 724 (S.D. Tex. 2021)) supporting minimal pleading and discovery, and violating Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) by inferring no random or sequential number generation despite Plaintiff's no-consent allegations [Doc. 1-1, Compl. ¶ 10]?

- Did the District Court err in dismissing Count II (prerecorded messages) sua sponte, ignoring United States v. Cooper, 654 F.3d 1104, 1128 (10th Cir. 2011) (Defendant's failure to challenge waives dismissal), and deeming amendment futile without discovery?

- Did the District Court err in striking Plaintiff's Motion for Sanctions [Doc. 12] as moot, ignoring Defendant's counsel's bad faith conduct (e.g., PACER misrepresentation, threatening email [Doc. 25, ¶¶ 3, 44]) under Chambers v. NASCO, Inc., 501 U.S. 32, 45 (1991)?

- Did the District Court fail to apply pro se leniency under Haines v. Kerner, 404 U.S. 519, 520 (1972), prejudicing Plaintiff's right to amend (Foman v. Davis, 371 U.S. 178, 182 (1962))?

- Separately, does Facebook, Inc. v. Duguid, 592 U.S. 395 (2021), constitute judicial overreach by subverting Congress's intent in the TCPA to protect consumers from database-driven robocalls, as evidenced by statements from TCPA authors Senator Markey and Representative Eshoo (April 1, 2021)?

4. Related Cases

- Oklahoma County District Court: Case No. CJ-2025-2993 (remanded state claims, Counts V–IX).

- Western District of Oklahoma: Trupia v. Roberts et al., No. 5:2025cv00621 (related pro se litigation).

5. Filing Fee Status

[Check one]:

X Paid ($605)

☐ Motion for in forma pauperis filed with this statement (Form 4 attached).6. Transcript Information

No transcripts are necessary, as the appeal involves legal errors in the District Court's order [Doc. 28].

Respectfully submitted,

/s/ Anthony Trupia

Anthony Trupia

Pro Se Plaintiff

605 SE 21st St.

Oklahoma City, OK 73129

516-984-0142

trupiaar@gmail.com

August 6th, 2025